IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10 - _____ |
| v. | : | DATE FILED: _____ |
| MARIA KAUFFMAN | : | VIOLATION: |
| | : | 18 U.S.C. § 666(a)(1)(B) (bribery - 1 count) |

## INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times material to this information:

1. Defendant MARIA KAUFFMAN was employed by the City of Coatesville as a bookkeeper in the Finance Department, and as such was its agent. As a bookkeeper, the defendant MARIA KAUFFMAN was responsible for handling accounts payable, which included processing bills and the receipt of payments involving the City trash billing system, among other things.

2. The City of Coatesville constituted a local government which received annual benefits in excess of $10,000 in calendar year 2008 under federal programs involving grants, contracts, subsidies, loans, guarantees, and other forms of federal assistance.

3. From in or about October 2008 through November 14, 2008, in Coatesville, Chester County, in the Eastern District of Pennsylvania, and elsewhere, defendant

**MARIA KAUFFMAN,**

while acting as an agent of the City of Coatesville, a local government which received benefits of over $10,000 in a one-year period under a federal program involving a grant, contract, subsidy, loan and other form of federal assistance, corruptly solicited, demanded for the benefit of any person, accepted, and agreed to accept a thing of value, that is, the sum of approximately $1500 in cash, intending to be influenced and rewarded in connection with a series of transactions of the Finance Department of the City of Coatesville involving $5,000 or more, that is, the full abatement of all outstanding trash bills and penalties accrued on properties owned by a City resident totaling approximately $8,500, which sum was owed by the resident to the City of Coatesville, Pennsylvania.

In violation of Title 18 United States Code, Section 666(a)(1)(B).

*Peter F Schenck for*
**MICHAEL L. LEVY**
**UNITED STATES ATTORNEY**